FREEHOLD WATER & UTILITY CO., PLAINTIFF-PETI-
TIONER, v. TENNANT WATER COMPANY, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

Messrs. *Johnstone & O'Dwyer* and Mr. *David J. Meeker* for the petitioner.

Messrs. *Frigola & Toy*, Mr. *Marvin E. Schaefer*, Mr. *Arthur J. Sills*, Mr. *Elias Abelson* and Mr. *Michael J. Mehr* for the respondents.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ELAH C. MC ELROY, DEFENDANT-PETITIONER.

Mr. *Stanley C. Van Ness* and Mr. *Richard Newman* for the petitioner.

Mr. *Joseph P. Lordi* and Mr. *David S. Baime* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WALTER LEE MC GHEE, DEFENDANT-PETITIONER.

Mr. *Walter Lee McGhee in propria persona*.

Mr. *Vincent P. Keuper* and Mr. *Elliot L. Katz* for the respondent.

March 11, 1969. Denied.